AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-00074-JPJ-PMS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Irene Bailey

was received by me on *(date)* 10/21/2014

☑ I personally served the summons on the individual at *(place)* 1819 Fourth Street, Richlands, VA 24641
on *(date)* 10/21/2014 at 7:15pm ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10-21-2014

*Server's signature*

J.P. Stevens - Process Server
*Printed name and title*

Servor, Inc.
3420 Pump Road #114
Henrico, VA 23233
*Server's address*

Additional information regarding attempted service, etc: