IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.   1:14-cv-00074 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| IRENE BAILEY, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' MOTION FOR DEFAULT JUDGMENT

Plaintiff, the United States of America, moves this Court for an entry of default judgment under Fed. R. Civ. P. 55(b) in favor of the United States and against Irene Bailey for federal income taxes, interest, and penalties for tax years 2002 through 2005 and 2008 in the total amount of $184,205.66 as of October 20, 2014, plus interest pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621(a)(2) after that date until the full amount is paid.

In support of this motion, the United States is submitting a memorandum of law, the Declaration of Katherine M. Reinhart, the Declaration of Jeffrey Zoellner, a proposed order granting this motion, and a proposed judgment.

//

//

Wherefore, it is prayed that this motion be granted.

Date: January 9, 2015

                TIMOTHY J. HEAPHY
                United States Attorney

                DAVID A. HUBBERT
                Deputy Assistant Attorney General

                /s/ *Katherine M. Reinhart*
                KATHERINE M. REINHART
                Trial Attorney, Tax Division
                U.S. Department of Justice
                P.O. Box 227
                Washington, D.C.  20044
                202-307-6528 (v)
                202-514-6866 (f)
                Katherine.Reinhart@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on January 9, 2015, I filed the foregoing *United States' Motion for Default Judgment*, *Memorandum of Law in Support*, *Declaration of Katherine Reinhart*, *Declaration of Jeffrey Zoellner*, proposed *Order*, and proposed *Judgment* with the Clerk of Court using the CM/ECF system, and a copy was sent via first class mail to the following:

Irene Bailey
P.O. Box 602
Pounding Mill, Virginia 24637

/s/ *Katherine M. Reinhart*
KATHERINE M. REINHART